**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL VERA BALTAZAR,

Petitioner,

v.

ACTING OR CURRENT WARDEN, et al.,

Respondents.

No. 5:26-cv-04220-CAS-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THERFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED, and:

1. Respondents shall immediately release Petitioner **Daniel Vera Baltazar** **(A246-061-200)** from custody subject to the conditions in place prior to his detention on April 2, 2026;

2. Respondents shall also return to Petitioner any personal property and documents seized from him at the time of his detention, and provide Petitioner with a copy of the Court's Order at or near the time of release; and

3. Within two days of the date of this Court's Order, Respondents shall file with the Court a status report confirming Petitioner's release and the return of any personal property and documents.

DATED: November 12, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE