JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL VERA BALTAZAR,

Petitioner,

v.

ACTING OR CURRENT WARDEN, et al.,

Respondents.

No. 5:26-cv-04220-CAS-DSR

**JUDGMENT**

Pursuant to the Court's separately filed Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

IT IS SO ORDERED.

DATED: November 12, 2026

Christina A. Snyder

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE